ORIGINAL

RECEIVED
9 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Gary-Williams Energy Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs**

Name of the attorney of record: [See RCFC 83.1(c)] J. Keith Burt

Firm Name: Mayer, Brown, Rowe & Maw LLP

03-2106C

Post Office Box: N/A

Street Address: 1909 K Street, NW

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 263-3000 (Telephone)
(202) 263-3300 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain**

Please note that this suit also involves Code 514 (Taking/Other)

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 35,672,564.63

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 1, 2002