IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2106C |
| vs. | ) | Senior Judge Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Plaintiff Gary-Williams Energy Corporation ("Gary-Williams"), on behalf of both parties, respectfully requests an enlargement of time of thirty days, to and including February 4, 2004, to submit the Joint Preliminary Status Report. The Joint Preliminary Status Report presently is due on January 5, 2004, and this is the parties' first request for an enlargement of time for this purpose. Defendant does not oppose this request.

The parties seek an enlargement of time because a Petition for Permission to Appeal has been filed before the United States Court of Appeals for the Federal Circuit in the similarly situated case of *Tesoro Hawaii Corporation, Tesoro Alaska Company, and Hermes Consolidated, Inc., d/b/a Wyoming Refining Company, Petitioners, v. The United States*, Miscellaneous Docket No. 747 (Fed. Cir.). The pending petition involves the same fundamental issues concerning the legality of DESC military fuel prices that are present in this case. Because the Federal Circuit's ruling on the petition, which is expected within thirty days, may affect further proceedings in this case, the parties believe that it is in the interests of justice to wait for the Federal Circuit ruling before submitting the Joint Preliminary Status Report.

For the foregoing reasons, the parties respectfully request that the Motion for an Enlargement of Time be granted.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5308 (fax)

Attorneys for Plaintiff
Gary-Williams Energy Corporation

December 22, 2003