IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION, | ) | |
| Plaintiff, | ) | No. 03-2106C |
| | ) | (Judge G. Miller) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO COURT'S ORDER OF JUNE 9, 2006

Pursuant to the Court's order of June 9, 2006, defendant respectfully submits the attached list of jet fuel cases similar to this one, including the names of the cases' assigned judges and whether the cases are stayed or proceeding to resolution.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

DONALD S. TRACY
Trial Attorney
Defense Supply Center
Richmond, VA

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

July 21, 2006

| Case | Case No. | Judge | Stayed or Proceeding? |
|---|---|---|---|
| BenFloyd | 03-2245 | Hewitt | Stayed |
| Calcasieu | 02-1219C | C. Miller | Proceeding |
| Chevron | 03-288C | Damich | Proceeding |
| Conoco/Phillips | 02-1367C | Wiese | Proceeding |
| El Paso | 02-1094C | Block | Proceeding |
| ExxonMobil | 02-1217C | Wiese | Stayed |
| Flint Hills | 02-462C | Williams | Proceeding |
| Gold Line Refining, Ltd. | 98-543C | Hewitt | Stayed |
| Hermes | 02-1460C | Block | Proceeding |
| LaGloria | 02-465C | Hewitt | Proceeding |
| LL&E Mining | 05-374C | Bruggink | Stayed |
| Marathon | 02-1218C | Damich | Stayed |
| Navajo | 02-1220C | Hewitt | Stayed |
| Phoenix Petroleum | 97-315C | Margolis | Stayed |
| Placid | 03-1216 | Wiese | Stayed |
| Shell | 04-1240C | Damich | Stayed |
| Sinclair | 02-464C | Baskir | Stayed |
| Sunoco | 02-466C | Block | Proceeding |
| Tesoro Hawaii | 02-704C | Bruggink | Proceeding |
| Valero | 03-1916 | Firestone | Proceeding |
| Western | 03-2669 | Firestone | Stayed |
| Western | 05-439C | Firestone | Stayed |
| Williams | 02-705C | Wiese | Stayed |

CERTIFICATE OF FILING

I hereby certify that on July 21, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham