IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2106C<br>(Judge G. Miller) |

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to the Court's June 9, 2006 and June 20, 2006 Orders, Plaintiff, Gary-Williams Energy Corporation, on behalf of both parties, respectfully submits this Joint Response to the Court's Order to Show Cause. The parties do not object to a stay of proceedings in this case pending entry of final judgment in one of the similarly situated cases, which involve the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Gary-Williams Energy Corporation

July 24, 2006