# In the United States Court of Federal Claims

GARY-WILLIAMS ENERGY CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2106C

Filed July 27, 2006

## ORDER

On July 24, 2006, pursuant to the Court's June 9, 2006 Order to Show Cause, the parties filed a Joint Response to Order to Show Cause. The June 9, 2006 Order to Show Cause required the parties to file responses setting forth why further proceedings in this case should not be stayed pending the entry of a final judgment in one of the other similar jet fuel cases now pending before the Court of Federal Claims. The Order to Show Cause also required defendant to file and serve a list of all other similar jet fuel cases pending before the Court of Federal Claims. On July 21, 2006, defendant filed Defendant's Response to the Court's Order of June 9, 2006, identifying 23 similar jet fuel cases currently pending before the Court of Federal Claims, ten of which have not been stayed and are currently proceeding before eight different judges.

In the parties' Joint Response to Order to Show Cause, the parties represented that they did not object to a stay of proceedings in this case pending entry of final judgment in one of the similar jet fuel cases pending before the Court of Federal Claims. In light of the parties' representations, and after having reviewed the list of similar jet fuel cases filed by defendant on July 21, 2006, the Court has concluded that it does not represent an efficient use of judicial resources for a substantial number of judges of the Court of Federal Claims to be simultaneously considering such similar issues of fact and law. Accordingly, the Court ORDERS that this case shall be stayed pending resolution of at least one of the other similar jet fuel cases currently proceeding in the Court of Federal Claims. The Court FURTHER ORDERS that the parties shall file by August 28, 2006, and every 30 days thereafter, a joint status report apprising the Court of the status of the similar jet fuel cases proceeding in the Court of Federal Claims.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge