IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2106C (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 27, 2006 Order, Plaintiff, Gary-Williams Energy Corporation ("Gary-Williams"), on behalf of both parties, respectfully submits this Joint Status Report. The Court's July 27, 2006 Order directed the parties to submit a Joint Status report every thirty days apprising the Court of the status of the similarly situated military fuel cases pending before the Court. Since the last Joint Status Report, DESC's motion to dismiss was granted in *Tesoro Hawaii Corp. v. United States,* No. 02-704C (Fed. Cl. Sept. 29, 2006). In addition, a notice of appeal was filed in *ConocoPhillips v. United States*, No. 02-1367C (Fed. Cl.), and *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl.).

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Gary-Williams Energy Corporation

October 27, 2006