IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2106C (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 27, 2006 Order, Plaintiff, Gary-Williams Energy Corporation ("Gary-Williams"), on behalf of both parties, respectfully submits this Joint Status Report. The Court's July 27, 2006 Order directed the parties to submit a Joint Status report every thirty days apprising the Court of the status of the similarly situated military fuel cases pending before the Court. Since the last Joint Status Report filed on November 27, 2006, a notice of appeal was filed in *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl. Nov. 29, 2006).

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Gary-Williams Energy Corporation

December 27, 2006