IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2106C<br>(Judge G. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 27, 2006 Order, Plaintiff, Gary-Williams Energy Corporation ("Gary-Williams"), on behalf of both parties, respectfully submits this Joint Status Report. The Court's July 27, 2006 Order directed the parties to submit a Joint Status report every thirty days apprising the Court of the status of the similarly situated military fuel cases pending before the Court. Since the last Joint Status Report filed on December 27, 2006, there have been no developments in the similarly situated cases.

The parties respectfully request that, in lieu of filing Joint Status Reports every thirty days, they instead file a Joint Status Report within thirty days of the issuance of the mandate of the United States Court of Appeals for the Federal Circuit in one of the three similarly situated cases pending before that court. Such a revision to the stay order would be consistent with the

stays in effect in several other similarly situated cases and would conserve the resources of this Court and the parties.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Gary-Williams Energy Corporation

January 26, 2007