# In the United States Court of Federal Claims

| | |
|---|---|
| GARY-WILLIAMS ENERGY CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2106 C<br><br>Filed February 6, 2007 |

ORDER

On July 27, 2006, the Court ordered the parties to submit joint status reports every thirty days, apprising the Court of any developments in similar jet fuel cases pending before other judges of the United States Court of Federal Claims. On January 26, 2007, the parties submitted their most recent joint status report and jointly requested that "in lieu of filing Joint Status Reports every thirty days, they instead file a Joint Status Report within thirty days of the issuance of the mandate of the United States Court of Appeals for the Federal Circuit [("Federal Circuit")] in one of the three similarly situated cases pending before that court." At the Court's request, on January 26, 2007, the parties advised the Court via electronic mail that the three "similarly situated" cases pending before the Federal Circuit are: *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir.); *La Gloria Oil and Gas Company v. United States*, No. 2007-5010 (Fed. Cir.); and *Tesoro Hawaii Corp. v. United States*, No. 2007-5022 (Fed. Cir.). The Court understands that these three cases raise issues similar to those raised by the motions pending in this case and in three other jet fuel cases pending before this Court, namely, *ATOFINA Petrochemicals, Inc. v. United States*, No. 03-538 C; *Giant Indus.v. United States*, No. 03-291 C; *Kern Oil & Refining Co. v. United States*, No. 03-1623 C. Counsel for the parties in this case are also counsel in those three cases and in the one other jet fuel case pending before this Court, *Berry Petroleum v. United States*, No. 02-1462 C.

The Court GRANTS the parties' request. The Court ORDERS that within thirty days of the issuance of the mandate in one of the three similar cases pending before the Federal Circuit the parties shall file a joint status report proposing a course of action to resolve this litigation, as well as the other jet fuel cases pending before this Court.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge