IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY-WILLIAMS ENERGY CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2106C (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiff, Gary-Williams Energy Corporation, and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Gary-William Energy Corporation

Dated: 12/20/07

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel: 202-616-2311
Fax: 202-353-7988

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Dated: DEC 19 2007